November 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT PARKER, OSCAR MACIAS AND PARKER MAC, LLC, Appellants

NO. 14-11-00940-CV                                 V.

HTR, INC., Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, HTR, Inc., signed July 26, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellants, Robert Parker, Oscar Macias and Parker Mac, LLC, jointly and severally, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.